# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Hess & Associates, LLC,

                       Plaintiff,            Civil No. 08-6091 (RHK/SRN)

v.                                      **ORDER OF DISMISSAL**

Canyon Outback Leather Goods, Inc.,

                       Defendant.

---

     The Court, having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

     **IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 23, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hess & Associates, LLC,

                       Plaintiff,         Civil No. 08-6091 (RHK/SRN)

v.                              **ORDER OF DISMISSAL**

Canyon Outback Leather Goods, Inc.,

                       Defendant.

The Court, having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 23, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge